**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **MIGUEL ELIAS-SAUD**   CASE NO. **17-11503-BKC-RAM**
Last four digits of SS No. 6168

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **36** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to Administrative, Secured & Priority Creditors first and any balance owed to Unsecured creditors at the end of the plan pro-rata under the plan.

**A. $144.94** for months **1** to **36**, beginning **March 7, 2017**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $5,000.00; Paid Fees: $2,000.00; Balance Due: $3,000.00; payable $130.44/mo. (Mos. 1 to 23)

**Secured Creditors**:   [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **NONE** | | | | | |

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $130.44/mo. (Mos. 24 to 36). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS**: **OCWEN LOAN SERVICING (1st Mtg Homestead Prop. Acct #1953 - 1857 SW 14 Terr., Homestead, FL)** - The account with this creditor will be treated outside the Chapter 13 Plan and the debt will be Discharged upon completion of the debtor's Chapter 13 Plan.

Dated: February 22, 2017

                                        Law Offices of Michael J. Brooks,
                                      Michael A. Frank,
                                      & Rodolfo De La Guardia
                                        Attorneys for Debtor(s)
                                        10 N.W. Le Jeune Road, Suite 620
                                        Miami, FL  33126-5431
                                        **(305) 443-4217**
                                        Pleadings@bkclawmiami.com

                                        By /s/_____
                                            Michael J. Brooks
                                            Florida Bar No. 434442

LF-31 (rev. 01/08/10)