UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-11503-BKC-RAM

CHAPTER 13

IN RE:

MIGUEL ELIAS-SAUD
    Debtor.
_____/

### DEBTOR'S MOTION TO COMPEL PAYOFF OF DEBTOR'S MORTGAGE LOAN HELD BY OCWEN LOAN SERVICING, LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)

The Debtor, MIGUEL ELIAS-SAUD, by and through the undersigned attorney, requests this Honorable Court enter an Order compelling creditor, Ocwen Loan Servicing, LLC and Federal National Mortgage Association (Fannie Mae) to provide a payoff of the Debtor's loan and states:

1. The Debtor is presently under the jurisdiction of the United States Bankruptcy Court pursuant to a Chapter 13 bankruptcy filed on February 7, 2017.

2. Requests have been made by the Trustee for the payoff of the Debtor's mortgage held by Federal National Mortgage Association, (Fannie Mae) and Ocwen Loan Servicing, LLC who holds a first mortgage on the real property located at 1857 Southwest 14th Terrace, Miami, FL 33145.

WHEREFORE, the Debtor requests this Honorable Court to enter an Order

compelling Federal National Mortgage Association, (Fannie Mae) and Ocwen Loan Servicing, LLC, to provide a payoff of the Debtor's mortgage loan.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Subject Motion (if not previously served) were sent via email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Melbaylynn Fisher, counsel for Fannie Mae at mfisher@rasflaw.com and all others set forth in the NEF, this 12th day of April 2016 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Ocwen Loan Servicing, LLC, Post Office Box 780, Waterloo, IA 50704, Ocwen Loan Servicing, LLC, Attn: Ronald M. Faris, MGR, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 and Federal National Mortgage Association, Attn: Timothy Mayopoulos, President, 3900 Wisconsin Avenue NW, Washington, DC 20016.

> LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
> & RODOLFO H. DE LA GUARDIA, JR.
> Attorneys for the Debtor
> Suite 620 • Union Planters Bank Building
> 10 Northwest LeJeune Road
> Miami, FL 33126-5431
> Telephone (305) 443-4217
> Email- Pleadings@bkclawmiami.com
>
>
> By:  /s/  Michael J. Brooks
>      Michael J. Brooks
>      Florida Bar No. 434442